# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wesley Eugene Sellers, et al., | No. CV-18-00923-PHX-BSB |
| Plaintiffs, | **ORDER** |
| v. | |
| FCA US LLC, et al., | |
| Defendants. | |

Pending before the Court is Magistrate Judge Bridget S. Bade's Order and Report and Recommendation recommending that Plaintiff's claims against Jane Doe Whitaker and Does 1 through 50 be dismissed without prejudice for failure to serve pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 52.) To date, no objections have been filed.

## STANDARD OF REVIEW

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report…to which objection is made," and "may accept, reject, modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Parties have fourteen days from service of a copy of a Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate

Judge's recommendation relieves the Court of conducting a *de novo* review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979) (citing <u>Campbell v. United States Dist. Court</u>, 501 F.2d 196 (9th Cir. 1974)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal conclusions. <u>Baxter</u>, 923 F.2d at 1394; <u>see also</u> <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." <u>Turner</u>, 158 F.3d at 455.

## DISCUSSION[1]

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Doc. 52.)

**IT IS FURTHER ORDERED** dismissing this matter without prejudice as to Jane Doe Whitaker and Does 1 through 50 upon Plaintiff's failure to serve those Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated this 30th day of August, 2018.

Honorable Stephen M. McNamee
Senior United States District Judge

---

[1] The procedural history of this case, along with a discussion of Plaintiff's response to the Magistrate Judge's Order to Show Cause, is set forth in the Magistrate Judge's Order and Report and Recommendation. (Doc. 52.)