# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wesley Eugene Sellers, et al., | No. CV-18-00923-PHX-BSB |
| Plaintiffs, | **ORDER** |
| v. | |
| FCA US LLC, et al., | |
| Defendants. | |

Before the Court is the parties' Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 58.) On September 13, 2018, Magistrate Judge Bridget S. Bade filed a Report and Recommendation with the Court recommending that this matter be dismissed with prejudice pursuant to Rule 41(a)(1). (Doc. 59.) To date, no objections have been filed. Having reviewed the Report and Recommendation, the Court hereby adopts the Magistrate Judge's recommendation.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on

appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Doc. 59.)

**IT IS FURTHER ORDERED** dismissing this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated this 11th day of October, 2018.

Honorable Stephen M. McNamee
Senior United States District Judge